UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| ANTHONY JAMES | ) | |

ORDER

Pending before the Court is an Unopposed Motion to Extend Plea Deadlines (Docket No. 301). The Motion is GRANTED in part and DENIED in part.

The deadline for submitting any plea agreement as to Anthony James only is extended to March 23, 2014. The plea remains scheduled for March 24, 2014, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE